1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Branch Chief, Fresno Office
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226

5  Telephone: (559) 487-5561

6

7

8                   IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

12  UNITED STATES OF AMERICA,              )    1:08 cr 258-170
                                           )          (003)
13                  Plaintiff,             )
                                           )
14          v.                             )
                                           )   **APPLICATION AND ORDER**
15  GUADALUPE CUEVAS,                      )   **APPOINTING PANEL COUNSEL**
                                           )
16                  Defendant.             )
                                           )
17  _____   )

18          The defendant, Guadalupe Cuevas, through the Federal Defender for the Eastern District of

19  California, hereby requests appointment of CJA Panel counsel. (The Federal Defender has a conflict.)

20          The defendant submits the attached financial affidavit as evidence of his inability to obtain

21  counsel. Also included is a copy of a letter from the U.S. Attorney's Office indicating that Mr. Cuevas

22  is under investigation for allegedly engaging in conspiracy, smuggling, sale of unapproved drugs and

23  sale of misbranded drugs regarding the importation and sale of Mexican pharmaceuticals from 2001 to

24  the present, in violation of 18 U.S.C. §§ 371, 545 and 2, and, 21 U.S.C. §§ 331 and 333, respectively.

25
    Dated: November 16, 2004
26                                             MARC C. AMENT
                                               Assistant Federal Defender
27                                             Branch Chief, Fresno Office

28

1  **O R D E R**

2  Having satisfied the Court that the defendant is financially unable to retain counsel, the Court

3  hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

4  Dated: November *18*, 2004

5

6  DENNIS L. BECK
   Chief United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28