| | |
|---|---|
| 1 | QUIN DENVIR, Bar #49374<br>Federal Defender |
| 2 | MARC C. AMENT, Bar #59080<br>Assistant Federal Defender |
| 3 | Branch Chief, Fresno Office<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |

**FILED**

SEP 5 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )  1:08CR258-LJO
                           )  (003)
            Plaintiff,     )
                           )
     v.                    )  **APPLICATION AND ORDER**
                           )  **APPOINTING PANEL COUNSEL**
GUADALUPE CUEVAS,          )
                           )
            Defendant.     )
_____)

The defendant, Guadalupe Cuevas, through the Federal Defender for the Eastern District of California, hereby requests appointment of CJA Panel counsel. (The Federal Defender has a conflict.)

The defendant submits the attached financial affidavit as evidence of his inability to obtain counsel. Also included is a copy of a letter from the U.S. Attorney's Office indicating that Mr. Cuevas is under investigation for allegedly engaging in conspiracy, smuggling, sale of unapproved drugs and sale of misbranded drugs regarding the importation and sale of Mexican pharmaceuticals from 2001 to the present, in violation of 18 U.S.C. §§ 371, 545 and 2, and, 21 U.S.C. §§ 331 and 333, respectively.

Dated: November 16, 2004

                                    /s/ Marc C. Ament
                                    MARC C. AMENT
                                    Assistant Federal Defender
                                    Branch Chief, Fresno Office

# ORDER

Having satisfied the Court that the defendant is financially unable to retain counsel, the Court hereby appoints CJA Panel Counsel pursuant to 18 U.S.C. § 3006A.

Dated: November 18, 2004

_____
DENNIS L. BECK
Chief United States Magistrate Judge