Case 1:08-cr-00258-LJO   Document 41   Filed 09/12/08   Page 1 of 3   Page 1 of Pages



FILED

SEP 1 2 2008

EASTERN DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# United States District Court

_____FASTERN_____ **DISTRICT OF** CALIFORNIA

UNITED STATES OF AMERICA

V.

GUADALUPE CUEVAS

Defendant

## AMENDED
## ORDER SETTING CONDITIONS
## OF RELEASE

Case Number: 1:08CR258 LJO

IT IS ORDERED that the release of the defendant is subject to the following conditions:

(1) The defendant shall not commit any offense in violation of federal, state or local law while on release in this case.

(2) The defendant shall immediately advise the court, defense counsel and the U.S. attorney in writing of any change in address and telephone number.

(3) The defendant shall appear at all proceedings as required and shall surrender for service of any sentence imposed as directed. The defendant shall next appear at (if blank, to be notified) USDC 2500

TULARE ST. FRESNO CA on 11.7.08 @ 10:00 BEFORE JUDGE
ONELL IN COURTROOM 4

### Release on Personal Recognizance or Unsecured Bond

IT IS FURTHER ORDERED that the defendant be released provided that:

( ✓ ) (4) The defendant promises to appear at all proceedings as required and to surrender for service of any sentence imposed.

( ) (5) The defendant executes an unsecured bond binding the defendant to pay the United States the sum of

_____ dollars ($_____)

in the event of a failure to appear as required or to surrender as directed for service of any sentence imposed.

**CUEVAS, Guadalupe**          **ADDITIONAL CONDITIONS OF RELEASE**
**08-0258 LJO**

      Upon finding that release by one of the above methods will not by itself reasonably assure the appearance of the defendant and the safety of other persons and the community, it is **FURTHER ORDERED** that the release of the defendant is subject to the conditions marked below:

**( )        (6)        The defendant is placed in the custody of:**

      **Name of person or organization**

**who agrees (a) to supervise the defendant in accordance with all conditions of release,**
**(b) to use every effort to assure the appearance of the defendant at all scheduled court proceedings, and (c) to notify the court immediately in the event the defendant violates any conditions of release or disappears.**

            **SIGNED:** _____
                      **CUSTODIAN OR PROXY**

(X)    (7)        The defendant shall:
    ( )      (a)      maintain or actively seek employment, and provide proof thereof to the PSO upon request.
    ( )      (b)      maintain or commence an educational program.
    (X)     (c)      abide by the following restrictions on his personal associations, place of abode, or travel:
               travel restricted to the Eastern District of California, unless otherwise approved in advance by PSO.
    ( )      (d)      avoid all contact with the following named persons, who are considered either alleged victims or potential witnesses:
               , unless in the presence of counsel or otherwise approved in advance by the PSO.
    ( )      (e)      report on a regular basis to the following agency:
               Pretrial Services and comply with their rules and regulations.
    ( )      (f)      comply with the following curfew:
    ( )      (g)      refrain from possessing a firearm, destructive device, or other dangerous weapon.
    ( )      (h)      refrain from excessive use of alcohol, and any use or unlawful possession of a narcotic drug and other controlled substances
               defined in 21 USC §802 unless prescribed by a licensed medical practitioner.
    ( )      (i)      undergo medical or psychiatric treatment and/or remain in an institution, as follows: Including treatment for drug and/or
               alcohol dependency, and pay for costs as approved by the PSO.
    ( )      (j)      executed a bond or an agreement to forfeit upon failing to appear or failure to abide by any of the conditions of release,
               the following sum of money or designated property:
    ( )      (k)      post with the court the following indicia or ownership of the above-described property, or the following amount or
               percentage of the above-described money:
    ( )      (l)      execute a bail bond with solvent sureties in the amount of $
    ( )      (m)      return to custody each (week)day as of o'clock after being released each (week)day as of o'clock for employment,
               schooling, or the following limited purpose(s):
    ( )      (n)      surrender any passport to the Clerk, United States District Court.
    ( )      (o)      obtain no passport during the pendency of this case.
    (X)     (p)      all previuosly ordered conditions of release, not in conflict with this order, remain in full force and effect.
    ( )      (q)      submit to drug and/or alcohol testing as directed by PSO.
    ( )      (r)      report any prescriptions to PSO within 48 hours of receipt.
    ( )      (s)      participate in the    component of the home confinement program and abide by all the requirements of the program which
               will include electronic monitoring, at your own expense.
               **Curfew.** You are restricted to your residence every day from _____ to _____, or
                  as directed by the Pretrial Services Officer.
                **Home Detention.** You are restricted to your residence at all times except for employment; education;
                 religious services; or mental health treatment; attorney visits; court appearances; court-ordered obligations;
                 or other activities as pre-approved by the Pretrial Services office or supervising officer.
                **Home Incarceration.** You are restricted to your residence at all times except for medical needs or treatment,
                 religious services, and court appearances pre-approved by the Pretrial Services office or supervision officer.

(Copies to: Defendant, US Attorney, US Marshal, Pretrial Services)

1:08CR258 LJO            **Advice of Penalties and Sanctions**

TO THE DEFENDANT: GUADALUPE CUEVAS

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

A violation of any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of release, an order of detention, and a prosecution for contempt of court and could result in a term of imprisonment, a fine, or both.

The commission of any crime while on pre-trial release may result in an additional sentence to a term of imprisonment of not more than ten years, if the offense is a felony; or a term of imprisonment of not more than one year, if the offense is a misdemeanor. This sentence shall be in addition to any other sentence.

Federal law makes it a crime punishable by up to five years of imprisonment, and a $250,000 fine or both to intimidate or attempt to intimidate a witness, victim, juror, informant or officer of the court, or to obstruct a criminal investigation. It is also a crime punishable by up to ten years of imprisonment, a $250,000 fine or both, to tamper with a witness, victim or informant, or to retaliate against a witness, victim or informant, or to threaten or attempt to do so.

If after release, you knowingly fail to appear as required by the conditions of release, or to surrender for the service of sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more, you shall be fined not more than $250,000 or imprisoned for not more than ten years, or both;

(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years, you shall be fined not more than $250,000 or imprisoned for not more than five years or both;

(3) any other felony, you shall be fined not more than $250,000 or imprisoned for not more than two years, or both;

(4) a misdemeanor, you shall be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender shall be in addition to the sentence for any other offense. In addition, a failure to appear may result in the forfeiture of any bond posted.

### Acknowledgement of Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and to surrender for service of any sentence imposed. I am aware of the penalties and sanctions set forth above.

_Guadalupe Cuevas_
Signature of Defendant

Telephone

### Directions to United States Marshal

( ) The defendant is ORDERED released after processing.
(✓) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judicial officer that the defendant has posted bond and/or complied with all other conditions for release. The defendant shall be produced before the appropriate judicial officer at the time and place specified, if still in custody.

Date: Sept 12, 2005

Signature of Judicial Officer

Name and Title of Judicial Officer

WHITE COPY - COURT      YELLOW - DEFENDANT      BLUE - U.S. ATTORNEY      PINK - U.S. MARSHAL      GREEN - PRETRIAL SERVICES