1 **DALE A. BLICKENSTAFF - #40681**
Attorney at Law
2 2350 West Shaw Avenue, Suite 132
Fresno, California 93711
3 (559) 432-0986 Telephone
(559) 432-4871 Facsimile
4

5 Attorney for Defendant, GUADALUPE CUEVAS

6

7 **UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**
8

| | | |
|---|---|---|
| 9 UNITED STATES OF AMERICA, | ) | **Case No. 1:08-CR-00258 LJO** |
| | ) | |
| 10    Plaintiff, | ) | **STIPULATION AND PROPOSED ORDER BY AND BETWEEN THE PARTIES TO CONTINUE SENTENCING** |
| 11 v. | ) | |
| 12 GUADALUPE CUEVAS, | ) | |
| | ) | Date : **August 13, 2009** |
| 13    Defendant. | ) | Time : 8:15 a.m. |
| | ) | Dept : Hon. Lawrence J. O'Neill |
| 14 _____ | ) | |

15    Sentencing in this matter is currently scheduled for August 13, 2009, at 8:15 a.m. The parties

16 hereby stipulate to continue the hearing to September 11, 2009, at 8:30 a.m., to give defense counsel

17 additional time for preparation.

18 Dated: August 8, 2009         /s/ *Dale A. Blickenstaff*
                                  DALE A. BLICKENSTAFF
19                                Attorney for Defendant, GUADALUPE CUEVAS

20

21 Dated: August 8, 2009         /s/ *Mark Cullers*
                                  MARK CULLERS
22                                Assistant United States Attorney

23 IT IS SO ORDERED.

24 Dated: August 11, 2009        /s/ Lawrence J. O'Neill
                                  HONORABLE LAWRENCE J. O'NEILL
25                                UNITED STATES DISTRICT JUDGE

26

27

28